ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750

JAN 29 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
SONNY ADORNO,                   :
                                :
            Plaintiff,          :
                                :
       - v. -                   :   STIPULATION AND ORDER
                                :       OF REMAND
MICHAEL J. ASTRUE,              :
Commissioner of                 :   07 Civ. 5443 (TPG)
Social Security,                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       December 14, 2007

         LEGAL SERVICES FOR NEW YORK
           CITY (LSNY-BRONX)
         Attorneys for Plaintiff

By: /s/ [signature]
SETH I. GROSSMAN, ESQ.
579 Courtlandt Avenue
Bronx, New York 10451
Telephone No.: (718) 928-3750

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: /s/ [signature]
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street – 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:

/s/ Thomas P. Griesa
UNITED STATES DISTRICT JUDGE

2/4/08